# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 04-1411

—————

United States of America,       *
       *
         Appellee,       *
       *    Appeal from the United States
       v.         *    District Court for the
       *    District of Nebraska
Scott W. Graning,       *
       *    [Unpublished]
         Appellant.       *

—————

Submitted: November 26, 2004
Filed: December 14, 2004

—————

Before RILEY, McMILLIAN, and GRUENDER, Circuit Judges.

—————

PER CURIAM.

Scott Graning appeals from the final judgment entered in the District Court[1] for the District of Nebraska upon his guilty plea, pursuant to a written plea agreement, to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g) and 924(a)(2). The district court sentenced Graning to 57 months imprisonment and 3 years supervised release. On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

---

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Construing the <u>Anders</u> brief as challenging the length of the sentence, we find no error.  Graning's sentence falls within § 924(a)(2)'s 10-year maximum and is at the bottom of the applicable Guidelines range of 57-71 months.  <u>See</u> 18 U.S.C. § 3742(a); <u>United States v. Smotherman</u>, 326 F.3d 988, 989 (8th Cir.) (per curiam), <u>cert. denied</u>, 540 U.S. 912 (2003).  Having found no nonfrivolous issues after reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm.  We also grant counsel's motion to withdraw.

_____